**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7440**

———————

LEE EDWARD GUNN,

                                    Petitioner - Appellant,

     versus

CHARLES M. CONDON, Attorney General of the
State of South Carolina; WARDEN, BROAD RIVER
CORRECTIONAL INSTITUTION,

                                 Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-00-2563-6-13AK)

———————

Submitted:  February 7, 2002      Decided:  April 19, 2002

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Lee Edward Gunn, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lee Edward Gunn appeals the district court's order granting the Appellees' motion for summary judgment and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Gunn v. Condon, No. CA-00-2563-6-13AK (D.S.C. Aug. 8, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2